# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LARRY IVAN BEHRENDS | ) | Case No. 13-22392 SBB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| JOLI A. LOFSTEDT, as Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No.14-01377 SBB |
| | ) | |
| VICKI L. OLETSKI-BEHRENDS and | ) | |
| 21ST CENTURY FINANCIAL SERVICES | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on July 28, 2015 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated:  August 26, 2015          BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge