**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 15-cv-01854-CMA

LARRY IVAN BEHRENDS,

      Debtor.

JOLI A. LOFSTEDT, as Chapter 7 Trustee for the bankruptcy estate of Larry Ivan
Behrends,

      Plaintiff,

v.

VICKIE L. OLETSKI-BEHRENDS, and
21st CENTURY FINANCIAL SERVICES, LLC,

      Defendants.

---

**ORDER GRANTING MOTION TO RELEASE GARNISHED FUNDS**
**FROM JP MORGAN CHASE BANK N.A**

---

Before the Court is Defendant Vickie L. Oletski-Behrends' Motion for Order to

Release Garnished Funds from JP Morgan Chase Bank N.A. (Doc. #38.) Upon review

of the Motion and the case file, it is hereby

ORDERED that Defendant's Motion for Order to Release Garnished Funds from

JP Morgan Chase Bank N.A. (Doc. # 38) is GRANTED. It is

FURTHER ORDERED that JP Morgan Chase Bank N.A. shall promptly release all funds being held pursuant to the Writ of Garnishment (Doc. # 30).

DATED February 12, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge